McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jay A. Christofferson, #203878
  jay.christofferson@mccormickbarstow.com
7647 N. Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff TONI DAMRON

Seyfarth Shaw LLP
Robert Milligan, #217348
  rmilligan@seyfarth.com
D. Joshua Salinas, #282065
  jsalinas@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
C.H. ROBINSON WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TONI DAMRON,<br><br>        Plaintiff,<br><br>    v.<br><br>C.H. ROBINSON WORLDWIDE, INC. and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 1:13-cv-01160-LJO-SAB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE OCTOBER 15, 2013 SCHEDULING CONFERENCE**<br><br>Magistrate Judge: Hon. Stanley A. Boone<br>Date:    October 15, 2013<br>Time:    9:15 A.M.<br>Crtrm.:  #9 |

This Stipulation is made by and between Plaintiff Toni Damron ("Plaintiff"), and Defendant C.H. Robinson Worldwide, Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, with reference to the following facts:

1. Plaintiff filed a Complaint against Defendant on June 25, 2013 in Tulare County Superior Court, Case No. 252363.

2. On July 25, 2013, Defendant filed its Answer to Plaintiff's Complaint in Tulare County Superior Court. The same day, Defendant filed a Notice of Removal to the United States District Court for the Eastern District of California.

3. On July 26, 2013, the Court set the Initial Scheduling Conference for October 15, 2013 at 9:15 a.m in Courtroom 9 before Magistrate Judge Stanley A. Boone. Accordingly, the Parties' Joint Scheduling Report is due October 8, 2013.

4. On September 25, 2013, counsel for the Parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f).

5. Lead counsel for Defendant, Robert B. Milligan, is unable to attend the currently scheduled Initial Scheduling Conference as a result of another hearing set during the same time.

6. Counsel for the Parties have conferred about the matter and counsel for Plaintiff has indicated that he does not object to seeking a continuance of the date for the Initial Scheduling Conference. Counsel agreed to propose that the conference be continued to October 18 or 24, 2013.

7. The Parties jointly request that the Initial Scheduling Conference be continued to October 18 or 24, 2013, or as soon thereafter.

8. The Parties jointly request that the Court maintain all related deadlines, including the October 8, 2013 deadline to file a Joint Scheduling Report.

9. The Parties have not previously requested a time extension in this case for any reason.

NOW THEREFORE, the Parties stipulate and jointly request that the Court continue the Initial Scheduling Conference from October 15, 2013 to October 18 or 24, 2013 at 9:15 a.m., in Courtroom 9 before Magistrate Judge Stanley A. Boone, or soon thereafter as may be convenient

1  for the Court. The Parties jointly request that the Court maintain all related deadlines, including
2  the October 8, 2013 deadline to file a Joint Scheduling Report.
3  **SO STIPULATED.**

5  Dated:  October 3, 2013                                          McCORMICK, BARSTOW, SHEPPARD,
                                                                                          WAYTE & CARRUTH LLP

8                                                                           By: */s/ Jay Christofferson (as authorized on 10/3/13)*
                                                                                          Jay A. Christofferson
9                                                                                         Attorneys for TONI DAMRON

11  Dated:  October 3, 2013                                         SEYFARTH SHAW, LLP

13                                                                          By: */s/ Robert B. Milligan*
                                                                                          Robert B. Milligan
14                                                                                        D. Joshua Salinas
                                                                                          Attorneys for C.H. ROBINSON WORLDWIDE, INC.

# ORDER

After considering the Parties' Joint Stipulation to Continue the Initial Scheduling Conference, IT IS ORDERED that the current Initial Scheduling Conference scheduled for October 15, 2013 at 9:15 a.m. is continued to October 29, 2013 at 2:30 p.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone. IT IS FURTHER ORDERED that all related deadlines shall remain unchanged.

IT IS SO ORDERED

Dated:   **October 4, 2013**

_____
UNITED STATES MAGISTRATE JUDGE