# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI DAMRON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C.H. ROBINSON WORLDWIDE, INC.,<br><br>　　　　　Defendant. | Case No. 1:13-cv-01160-LJO-SAB<br><br>ORDER RE STIPULATION TO STAY ACTION<br><br>ECF NO. 10 |

On October 11, 2013, the parties in this action filed a stipulation to stay this action and refer this matter to an early settlement conference. (ECF No. 10.) The Court will refer the parties for a settlement conference before Magistrate Judge Michael J. Seng. However, due to the press of business, rather than stay this action, the Court will re-schedule the scheduling conference in this matter to occur after the settlement conference.

Accordingly, it is HEREBY ORDERED that:

1. The parties shall appear for a settlement conference before Magistrate Judge Michael J. Seng on December 5, 2013 at 1:30 p.m. in Courtroom 6 in the Robert E. Coyle Federal Courthouse in Fresno, California;

2. In accordance with the parties' stipulation, the parties shall engage in informal discovery before the early settlement conference and exchange initial disclosures by October 22, 2013;

1

3. If the parties do not reach a resolution at the early settlement conference, responses to discovery propounded before the early settlement conference shall be served fifteen (15) days after the completion of the early settlement conference; and

4. The initial scheduling conference currently scheduled for October 29, 2013 at 2:30 p.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone is VACATED and rescheduled for January 7, 2014 at 2:00 p.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **October 18, 2013**

UNITED STATES MAGISTRATE JUDGE

2