1  **Wanger Jones Helsley PC**
   Jay A. Christofferson #203878
2  *jchristofferson@wjhattorneys.com*
   265 E. River Park Circle, Suite 310
3  Fresno, California 93720
   Telephone: (559) 233-4800
4  Facsimile: (559) 233-9330

5  Attorneys for Plaintiff TONI DAMRON

6
7                     UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9                            FRESNO DIVISION

10 TONI DAMRON                          Case No. 1:13-CV-01160-LJO-SAB

11         Plaintiff(s),                **STIPULATION AND ORDER TO
                                        DISMISS PLAINTIFF'S CLAIMS
12    v.                                WITH PREJUDICE**

13 C.H. ROBINSON WORLDWIDE, INC.,
   and DOES 1 through 10, inclusive
14
           Defendant(s).
15

16

17

18

19

20

21

22

23

24

25

26

27
   {7461/002/00487736.DOCX}
28
                              PROOF OF SERVICE

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel, that the above-entitled action be dismissed **WITH PREJUDICE** as to Defendant, C.H. ROBINSON WORLDWIDE, INC. pursuant to Federal Rule of Civil Procedure 41(a)(1)

**IT IS SO STIPULATED**:

Dated: August 8, 2014                    WANGER JONES HELSLEY PC

                                        By: */s/* Jay A. Christofferson
                                            Jay A. Christofferson
                                            Attorneys for TONI DAMRON

Dated: August 8, 2014                    SEYFARTH SHAW LLP

                                        By: */s/* D. Joshua Salinas
                                            Robert B. Milligan
                                            D. Joshua Salinas
                                            Attorneys for C.H. ROBINSON
                                            WORLDWIDE, INC.

**ORDER**

Based upon this Stipulation, **IT IS HEREBY ORDERED** that this action is DISMISSED WITH PREJUDICE as to Defendant, C.H. ROBINSON WORLDWIDE, INC. All parties are to bear their own fees and costs.  The Clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **August 13, 2014**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

{7461/002/00487736.DOCX}

PROOF OF SERVICE